### 1356. McADAMS v. ELLIS.

POWELL, J. It appeared that the defendant, whose wages were sought to be subjected to garnishment, was employed by the garnishee as a night watchman, at a factory, but that he was without the police power and discretion possessed by the employee referred to in the case of *Tabb* v. *Mallette*, 120 Ga. 97 (47 S. E. 587, 102 Am. St. R. 78); "that his duties consisted mainly in walking around the premises of the garnishee and keeping tramps away from the premises, and seeing that fire did not break out; that he had no authority to arrest any one, but only ran them off the premises when he found them loitering; that he worked twelve hours each day; that he had license to run an engine; that he had to make a round over the premises once each hour; about twenty minutes of his time was occupied each hour in making this round; that he had to register sixteen times during this round; in registering he had to use an instrument in the nature of a key, which, when he turned it, registered in the Western Union office and showed that he was doing his duty; that each morning before he left, after making his eleventh round, he fired the boiler, which took him about thirty minutes; he had to remain in the boiler-room in all about one hour and forty minutes." *Held*, that the jury was authorized to find that he was a laborer and that his wages were exempt.

*Judgment affirmed.*

Certiorari, from Fulton superior court—Judge Pendleton. July 7, 1908.

Submitted November 12,—Decided November 25, 1908.

*Horton Brothers & Burress*, for plaintiff.